UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Filed Electronically*

| | |
|---|---|
| RONALD C. WARD ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> UNIFUND CCR PARTNERS ) <br> *Assumed name for* CREDIT CARD ) <br> RECEIVABLES FUND, INC. *and* ) <br> ZB LIMITED PARTNERSHIP ) <br> ) <br> Defendant ) <br> _____ ) | Case No. 5:16-cv-00157-TBR <br><br><br><br> **JOINT STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ronald C. Ward and Defendant Unifund CCR Partners hereby jointly request that this Court dismiss Plaintiff's claims against Unifund CCR Partners with prejudice. The parties shall bear their own costs and fees.

Dated: January 17, 2017

/s/ James H. Lawson (w/ permission)
James H. Lawson, Esq.
LAWSON AT LAW, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*

Dated: January 17, 2017

/s/ Joseph N. Tucker
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 S. Fifth St., Suite 2500
Louisville, KY 40202
Ph: (502) 540-2300
Fax: (502) 585-2207
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant Unifund CCR Partners*